AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stafford, Jr., William H | U.S. District Court, NDFL | 5/6/2005 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. District Judge | ◯ Nomination Date  ◯ Initial  ◉ Annual  ◯ FInal | 1/1/2004 to 12/31/2004 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto. it is. in my opinion. in compliance with applicable laws and regulations. |
|---|---|
| US Courthouse 111 North Adams Street Tallahassee, FL 32301-7717 | Reviewing Officer_____ Date_____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts. checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED MAY 10 12 47 PM '05 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Montana State University and Foundation for Research on Economics and the Environment | Big Sky, Montana. July 6-11. Seminar for judges and law professors. (lodging, meals & transportation) |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Stafford, Jr., William H | 5/6/2005 |

## V.  GIFTS.  (Includes those to spouse and dependent children.  See pp. 28-31 of instructions.)

☑ **NONE**   - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI.  LIABILITIES.  (Includes those of spouse and dependent children.  See pp. 32-34 of instructions.)

☑ **NONE**   - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Jr., William H | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. New York Life Insurance Co. | A | Dividend | J | W | | | | | |
| 2. Prudential Life Insurance Co. (policy) | A | Dividend | J | W | | | | | |
| 3. ▓▓▓▓▓▓ (time share) Pensacola Bch, FL | | None | J | W | | | | | |
| 4. Brokerage Account #1 | | | | | | | | | |
| 5. - Merrill Lynch Bank Deposit Program Money Market | A | Interest | J | T | | | | | |
| 6. - Cinergy Corp (common stock) | A | Dividend | J | T | | | | | |
| 7. - Compass Bancshares (common stock) | A | Dividend | J | T | | | | | |
| 8. - General Electric (common stock) | A | Dividend | J | T | | | | | |
| 9. - Goodyear Tire & Rubber (common stock) | A | Dividend | J | T | | | | | |
| 10. - Johnson & Johnson (common stock) | A | Dividend | J | T | | | | | |
| 11. - NVIDIA Corp (common stock) | | None | J | T | | | | | |
| 12. - WalMart (common stock) | A | Dividend | J | T | | | | | |
| 13. - Wells Fargo & Co. (common stock) | A | Dividend | J | T | | | | | |
| 14. - Nuveen INSD Qual Muni Fund | A | Interest | J | T | | | | | |
| 15. - Southwest Airlines (common stock) | A | Dividend | | | Gift | 12/23 | J | A | See Part VIII for details. |
| 16. - Lyondell Chemical (common stock) | A | Dividend | J | T | | | | | |
| 17. - Allied Capital Corp. (common stock) | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Jr., William H | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - TYCO Intl (common stock) | A | Dividend | J | T | | | | | |
| 19. - Cohen & Steers Select Utility Fund (Closed End) | A | Dividend | J | T | Buy | 3/25 | J | A | |
| 20. - Merrill Lynch Global Growth Fund | A | Dividend | J | T | | | | | |
| 21. IRA - Merrill Lynch (Aggregate Ownership) | | | | | | | | | |
| 22. - Global Technology | A | Dividend | | | Sell | 3/11 | J | A | |
| 23. Brokerage Account #2 | | | | | | | | | |
| 24. - Active Assets Money Trust Morgan Stanley Money Market | A | Interest | J | T | | | | | |
| 25. - S&P 500 Index Fund -ETF | A | Dividend | J | T | Buy | 3/11 | J | A | |
| 26. - Diamonds Trust Series 1 - ETF | A | Dividend | J | T | Buy | 3/11 | J | A | |
| 27. IRA's - Morgan Stanley (Aggregate Ownership) | B | Dividend | M | T | | | | | |
| 28. - Blackrock Lo Duration (mutual fund) | | | | | | | | | |
| 29. - Liquid Asset Fund (money market) | | | | | | | | | |
| 30. - Enterprise Growth Fund (mutual fund) | | | | | | | | | |
| 31. - T Rowe Price Eq Inc (mutual fund) | | | | | | | | | |
| 32. - PIMCO Total Return A (mutual fund) | | | | | | | | | |
| 33. - Templeton Developing Markets A (mutual fund) | | | | | | Partial Sell | 12/08 | J | A | |
| 34. - PIMCO High Yield A (mutual fund) | | | | | | | | | |
| 35. - Blackrock Intermediate BD (mutual fund) | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Jr., William H | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 36. - PIMCO Small Cap Value A (mutual fund) | | | | | | | | | |
| 37. - Strong Opportunity INV Fd (mutual fund) | | | | | | | | | |
| 38. - ING Intl Value A (mutual fund) | | | | | | | | | |
| 39. Brokerage Account #3 | | | | | | | | | |
| 40. - Merrill Lynch Bank Deposit Program Money Market | A | Interest | J | T | | | | | |

| 1 Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Many of the entries for ██████ and me in previous reports were, and continue to be, held as IRA's with Morgan Stanley and are reported under the Aggregate of Ownership Arrangement.

Line item #1 from the 2003 report has been deleted.  Investors Syndicate Ltd IV ceased operations on in 2003; therefore, the final report on this investment was made in the 2003 report.  No cash was received by termination of operations.

This year, line items #5 through #20 have been grouped under Brokerage Account #1 to show their inclusion in that account.  Further, Brokerage Accounts #2 and #3 have been delineated this year.  Brokerage Account #2 had been used solely to house money market funds until 2004 when two purchases of Exchange Traded Funds (ETFs) were made.  Brokerage Account #3 is technically a brokerage account; however, no investments were purchased in 2004 with the money market funds in this account.

Item # 15 reports a gift of stock to a charity.  The gift was completed on 12/23/2004.

Item #19 on last year's report was liquidated and the account (item #18 on last year's report) was closed.

Line item #34 and 35 from last year's report have been moved to show their inclusion in Brokerage Account #1.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Stafford, Jr., William H | 5/6/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Date _May 6, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544